No. 680, Misc. WILDE *v.* WYOMING. Supreme Court of Wyoming. Certiorari denied.

*Rehearing Denied.*

No. 197. NATIONAL LABOR RELATIONS BOARD *v.* CROMPTON-HIGHLAND MILLS, INC., 337 U. S. 217. Rehearing denied.

No. 690. SMITH *v.* CALIFORNIA, 336 U. S. 957. Motion for leave to file petition for rehearing denied.

No. 719. KELLY, ADMINISTRATOR, ET AL. *v.* SHAMROCK OIL & GAS CORP., 337 U. S. 917. The motion for an extension of time within which to file petition for rehearing is granted and the petition is denied.

No. 720. THYS ET AL., DOING BUSINESS AS THYS & MILLER, *v.* STATE OF WASHINGTON, 337 U. S. 917. Rehearing denied.

No. 721. FRANCIS *v.* UNITED STATES, 337 U. S. 918. Rehearing denied.

No. 338, Misc. GANN *v.* HIATT, WARDEN, 337 U. S. 920. Rehearing denied.

No. 472, Misc. MACKENNA *v.* NEW YORK, 336 U. S. 969. Rehearing denied.

No. 580, Misc. D'OSTROPH *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT ET AL., 337 U. S. 926. Rehearing denied.

No. 550, Misc. MORANT *v.* NEW YORK, 337 U. S. 909. Motion for leave to file petition for rehearing denied.